# OSBORN LAW P.C.

Daniel A. Osborn, Esq.    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.    ltrust@osbornlawpc.com

April 15, 2024



*Application Granted*

*Valerie Figueredo, U.S.M.J.*
*DATED: 4-16-24*

The briefing schedule proposed herein is adopted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.

**VIA ECF**

Honorable Valerie Figueredo
United States District Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Rice v. Commissioner of Social Security*
              Civil Action No. 1:24-cv-00228-AT-VF

Dear Judge Figueredo,

      We write on behalf of plaintiff, Leroy Rice, and with the consent of the defendant, to request additional time to file plaintiff's motion for judgment on the pleadings which is due on April 17, 2024 per the Court's January 12, 2024 Standing Scheduling Order. This is the parties' first request for an extension. Plaintiff's counsel is requesting this relief due to currently having 11 Social Security briefs, an Appellate Oral Argument, and a religious holiday scheduled within the next three weeks.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. Plaintiff to file his motion for judgment on the pleadings on or before **July 16, 2024**;

b. Defendant to file its response/cross-motion on or before **September 16, 2024**; and

c. Plaintiff to file his reply (if any) on or before **September 30, 2024**.

Honorable Valerie Figueredo
April 15, 2024
Page Two

Thank you for your consideration of this request.

                                                          Respectfully submitted,

                                                          s/Daniel A. Osborn
                                                          Daniel A. Osborn
                                                          OSBORN LAW, P.C.
                                                          43 West 43rd Street, Suite 131
                                                          New York, New York 10036
                                                          Telephone:    212-725-9800
                                                          Facsimile:     212-500-5115
                                                          dosborn@osbornlawpc.com

cc: Michael P. Corona, Esq. (by ECF)