**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LEROY RICE,

                Plaintiff,                          24 **CIVIL** 228 (AT)(VF)

       -v-                                **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 16, 2024, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:** New York, New York
          September 16, 2024

                                                      **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                                  **BY:**    *K. Mango*

                                                     **Deputy Clerk**